# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES M. HERNDON,

    Plaintiff(s),

v.

CITY OF HENDERSON, et al.,

    Defendant(s).

Case No.: 2:19-cv-00018-GMN-NJK

**Order**

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016).[1] The individual defendants failed to file a certificate of interested parties. Accordingly, individual defendants must file a certificate of interested parties no later than August 7, 2019.

IT IS SO ORDERED.

Dated: July 30, 2019

                                                                                    
Nancy J. Koppe
United States Magistrate Judge

---

[1] As a governmental entity, the City of Henderson need not file a certificate of interested parties.

1