# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES M. HERNDON,

    Plaintiff(s),

v.

CITY OF HENDERSON, et al.,

    Defendant(s).

Case No.: 2:19-cv-00018-GMN-NJK

**ORDER**

Pending before the Court is the parties' discovery plan. Docket No. 20. The Court hereby **SETS** a scheduling hearing for 2:30 p.m. on September 17, 2019.

IT IS SO ORDERED.

Dated: September 9, 2019

                                              Nancy J. Koppe
                                              United States Magistrate Judge

1