# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES M. HERNDON,<br>　　Plaintiff(s),<br>v.<br>CITY OF HENDERSON, et al.,<br>　　Defendant(s). | Case No.: 2:19-cv-00018-GMN-NJK<br>**ORDER** |

　　Pending before the Court is the parties' stipulation for extension. Docket No. 28. The Court hereby **SETS** a hearing on that stipulation for 9:00 a.m. on February 24, 2020.

　　IT IS SO ORDERED.

　　Dated: February 18, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1