# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES M. HERNDON,<br><br>    Plaintiff(s),<br><br>v.<br><br>CITY OF HENDERSON,<br><br>    Defendant(s). | Case No.: 2:19-cv-00018-GMN-NJK<br><br>**Order**<br><br>[Docket Nos. 41, 43] |

Pending before the Court is Plaintiff's motion to compel discovery. Docket No. 41. Also pending before the Court is Defendant's motion to extend the response deadline, which attaches a proposed responsive brief. Docket No. 43. The Court defers ruling at this time on the motion to extend. Instead, Plaintiff must respond to the motion to extend by September 24, 2020. To the extent Plaintiff wishes to file a reply to the motion to compel to address the arguments raised in the proposed responsive brief, such reply must also be filed by September 24, 2020.

IT IS SO ORDERED.

Dated: September 21, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1