Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com

Attorneys for Plaintiff,
*James M. Herndon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **James M. Herndon**, <br><br> Plaintiff, <br> vs. <br><br> **City of Henderson**, a political subdivision of The State of Nevada; **Sgt. M. Gillis**, individually and in his official capacity as a police officer; **Officer L. Good,** individually and in his official capacity as a police officer; **Officer A. Nelson,** individually and in his official capacity as a police officer; **Officer D. Nerbonne**, individually and in his official capacity as a police officer; **Officer D. Russo**, individually and in his official capacity as a police officer; **Officer E. Vega**, individually and in his official capacity as a police officer; Doe Officers I through X, inclusive and Roe Entities I through X, inclusive <br><br> Defendants. | CASE NO.: 2:19-cv-00018-GMN-NJK <br><br> **Stipulation and Order to Extend Briefing Deadlines (ECF # 55)** |

Plaintiff, James Herndon, through his counsel of record, Marjorie L. Hauf, Esq. and Matthew G. Pfau, Esq.. of H & P LAW, and Defendants, City of Henderson, Sgt. M. Gillis, Officer L. Good, Officer A. Nelson, Officer D. Nerbonne, Officer D. Russo, and Officer E. Vega through their counsel of record, Nicholas G. Vaskov, Esq. and Nancy D. Savage, Esq. of CITY ATTORNEY'S OFFICE, do hereby stipulate and agree to Extend the due dates of Plaintiff's Opposition to Defendants, Sgt. M. Gillis, Officer L. Good, Officer A. Nelson, Officer D. Nerbonne, Officer D. Russo, and Officer E. Vega's Motion for Summary Judgment and Defendant's Reply in Support to Defendants, Sgt. M. Gillis, Officer L. Good, Officer A. Nelson, Officer D. Nerbonne, Officer D. Russo, and Officer E. Vega's Motion for Summary Judgment.

Currently, Plaintiff's Opposition is due November 16, 2020. Plaintiff and Defendant agree to Extend the Deadline for Plaintiff to file his Opposition to December 2, 2020 and for Defendant to file their Reply in Support to December 21, 2020. The extensions are being requested in good faith and not for the purpose of delay. The extensions are being requested as the issues to be briefed are extensive and complicated. The parties anticipate that additional time, from that provided in the applicable court rules, will be needed to adequately address the issues and complete their respective briefings for submission to the court.

**Stipulation**

It is hereby STIPULATED between James Herndon, through his counsel of record, Marjorie L. Hauf, Esq. and Matthew G. Pfau, Esq.. of H & P LAW, and Defendants, City of Henderson, Sgt. M. Gillis, Officer L. Good, Officer A. Nelson, Officer D. Nerbonne, Officer D. Russo, and Officer E. Vega through their counsel of record, Nicholas G. Vaskov, Esq. and Nancy D. Savage, Esq. of CITY ATTORNEY'S OFFICE, to Extend Breifing Deadlines Related to Defendants, Sgt. M. Gillis, Officer L. Good, Officer A. Nelson, Officer D. Nerbonne, Officer D. Russo, and Officer E. Vega's Motion for Summary Judgment and Defendant's Reply in Support to Defendants, Sgt. M.

1  Gillis, Officer L. Good, Officer A. Nelson, Officer D. Nerbonne, Officer D. Russo, and
2  Officer E. Vega's Motion for Summary Judgment, ECF # 55.
3     IT IS FURTHER STIPULATED that Plaintiff's Opposition to Defendant, Sgt. M.
4  Gillis, Officer L. Good, Officer A. Nelson, Officer D. Nerbonne, Officer D. Russo, and
5  Officer E. Vega's Motion for Summary Judgment must be filed by December 2, 2020.
6     IT IS FURTHER STIPULATED that Defendants, Sgt. M. Gillis, Officer L. Good,
7  Officer A. Nelson, Officer D. Nerbonne, Officer D. Russo, and Officer E. Vega's Reply
8  in Support of Motion for Summary Judgment must be filed by December 21, 2020.

DATED this 10th day of November 2020.

| Respectfully submitted by: | Approved as to form and content: |
|---|---|
| H & P LAW | CITY ATTORNEY'S OFFICE |
| /s/ Marjorie L. Hauf, Esq. | /s/ Nancy Savage, Esq. |
| Marjorie L. Hauf, Esq. | Nicholas G. Vaskov, Esq. |
| Nevada Bar No.: 8111 | Nevada Bar No.: 8298 |
| Matthew G. Pfau, Esq. | Nancy D. Savage, Esq. |
| Nevada Bar No.: 11439 | Nevada Bar No.: 392 |
| | Attorneys for Defendants, |
| Attorneys for Plaintiff, | *City of Henderson, Sgt. S. Gillis, and* |
| *James M. Herndon* | *Officers L. Good, A. Nelson, D.* |
| | *Nerbonne, D. Russo, and E. Vega* |

**IT IS SO ORDERED.**

Dated this __18__ day of November, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT