Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com

Attorneys for Plaintiff,
*James M. Herndon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **James M. Herndon**,<br><br>    Plaintiff,<br>  vs.<br><br>**City of Henderson**, a political subdivision of The State of Nevada; **Sgt. M. Gillis**, individually and in his official capacity as a police officer; **Officer L. Good,** individually and in his official capacity as a police officer; **Officer A. Nelson,** individually and in his official capacity as a police officer; **Officer D. Nerbonne**, individually and in his official capacity as a police officer; **Officer D. Russo**, individually and in his official capacity as a police officer; **Officer E. Vega**, individually and in his official capacity as a police officer; Doe Officers I through X, inclusive and Roe Entities I through X, inclusive<br><br>    Defendants. | CASE NO.: 2:19-cv-00018-GMN-NJK<br><br>**Second Stipulation and Proposed Order to Extend Briefing Deadlines (ECF # 54)** |

Plaintiff, James Herndon, through his counsel of record, Marjorie L. Hauf, Esq. and Matthew G. Pfau, Esq.. of H & P LAW, and Defendants, City of Henderson, Sgt. M. Gillis, Officer L. Good, Officer A. Nelson, Officer D. Nerbonne, Officer D. Russo, and Officer E. Vega through their counsel of record, Nicholas G. Vaskov, Esq. and Nancy D. Savage, Esq. of CITY ATTORNEY'S OFFICE, do hereby stipulate and agree to Extend the due dates of Plaintiff's Opposition to Defendant, City of Henderson's Motion for Summary Judgment and Defendant's Reply in Support to Defendant, City of Henderson's Motion for Summary Judgment.

Currently, Plaintiff's Opposition is due December 2, 2020. Plaintiff and Defendant agree to Extend the Deadline for Plaintiff to file his Opposition to December 9, 2020. and for Defendant to file their Reply in Support to January 18, 2021. The extensions are being requested in good faith and not for the purpose of delay. The extensions are being requested as the issues to be briefed are extensive and complicated. Plaintiff's co-cousenl, Micah Echols, Esq. of CLAGGETT & SYKES, had a recent COVID-19 outbreak in his office, and as such, they have been closed for in person operations. This setback unfortunately delayed Plaintiff's efforts to oppose this motion. The parties also anticipate the end of the year holidays will further complicate the briefing schedule, nescessitating a further extension for Defendants to file their Reply.

**Stipulation**

It is hereby STIPULATED between James Herndon, through his counsel of record, Marjorie L. Hauf, Esq. and Matthew G. Pfau, Esq.. of H & P LAW, and Defendants, City of Henderson, Sgt. M. Gillis, Officer L. Good, Officer A. Nelson, Officer D. Nerbonne, Officer D. Russo, and Officer E. Vega through their counsel of record, Nicholas G. Vaskov, Esq. and Nancy D. Savage, Esq. of CITY ATTORNEY'S OFFICE, to Extend Breifing Deadlines Related to Defendant, City of Henderson's Motion for Summary Judgment, ECF # 54.

1   IT IS FURTHER STIPULATED that Plaintiff's Opposition to Defendant, City of Henderson's Motion for Summary Judgment must be filed by December 9, 2020.

2   IT IS FURTHER STIPULATED that Defendant, City of Henderson's Reply in Support of Motion for Summary Judgment must be filed by January 18, 2021.

3   WHEREFORE, the parties respecfully request that the Court enter its order extending deadlines as described in the stipulation above.

DATED this 1st day of December 2020.

Respectfully submitted by:
H & P LAW
/s/ Marjorie Hauf, Esq.
Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439

Attorneys for Plaintiff,
*James M. Herndon*

Approved as to form and content:
CITY ATTORNEY'S OFFICE
/s/ Nancy Savage, Esq.
Nicholas G. Vaskov, Esq.
Nevada Bar No.: 8298
Nancy D. Savage, Esq.
Nevada Bar No.: 392

Attorneys for Defendants,
*City of Henderson, Sgt. S. Gillis, and Officers L. Good, A. Nelson, D. Nerbonne, D. Russo, and E. Vega*

**IT IS SO ORDERED**.

Dated this   1   day of December, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT