# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES M. HERNDON,

    Plaintiff(s),

v.

CITY OF HENDERSON, et al.,

    Defendant(s).

Case No.: 2:19-cv-00018-GMN-NJK

**Order**

The settlement conference is **CONTINUED** in time only to 1:00 p.m. on May 12, 2021.

IT IS SO ORDERED.

Dated: February 24, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1