# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES M. HERNDON, | Case No.: 2:19-cv-00018-GMN-NJK |
| Plaintiff(s), | |
| v. | **Order** |
| CITY OF HENDERSON, et al., | |
| Defendant(s). | |

The settlement conference is hereby **RESET** for 1:00 p.m. on July 19, 2021. To the extent either side would like to submit a supplemental settlement statement, it must be submitted to the undersigned's box in the Clerk's Office, by noon on July 12, 2021.

IT IS SO ORDERED.

Dated: May 12, 2021

							_____
							Nancy J. Koppe
							United States Magistrate Judge

1