AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

James M. Herndon,

                Plaintiff,

v.

M. Gillis, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00018-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiff dismissing this case.

9/22/21
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk