Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
H&P LAW
710 S 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com

Micah S. Echols, Esq.
Nevada Bar No.: 8437
CLAGGETT & SYKES
4101 Meadows Lane, # 100
Las Vegas, NV 89107
702 655 2346 TEL
702 655 3763 FAX
micah@claggettlaw.com

Attorneys for Plaintiff,
*James M. Herndon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **James M. Herndon**, <br><br>          Plaintiff, <br><br>     vs. <br><br> **City of Henderson**, a political subdivision of The State of Nevada; **Sgt. M. Gillis**, individually and in his official capacity as a police officer; **Officer L. Good,** individually and in his official capacity as a police officer; **Officer A. Nelson,** individually and in his official capacity as a police officer; **Officer D. Nerbonne**, individually and in his official capacity as a police officer; **Officer D. Russo**, individually and in his official capacity as a police officer; **Officer E. Vega**, individually and in his official capacity as a police officer; Doe Officers I through X, inclusive and Roe Entities I through X, inclusive | CASE NO.: 2:19-cv-00018-GMN-VCF <br><br> **Stipulation and Order to Extend Response to Defendants, City of Henderson and Sgt. M. Gillis's Motion for Summary Judgment [ECF No. 119]** |

Defendants.

Plaintiff, James Herndon, through his counsel of record, Marjorie L. Hauf, Esq. and Matthew G. Pfau, Esq.. of H & P LAW, and Defendants, City of Henderson, Sgt. M. Gillis, Officer L. Good, Officer A. Nelson, Officer D. Nerbonne, Officer D. Russo, and Officer E. Vega through their counsel of record, Craig R. Anderson, Esq. and Reagan A. Weber, Esq. of MARQUIS AURBACH, do hereby stipulate and agree to extend the due date of Plaintiff's Response to Defendants, City of Henderson and Sgt. M. Gillis's Motion for Summary Judgment [ECF No. 119].

Currently, Plaintiff's Response is due March 17, 2023. Plaintiff and Defendant agree to extend the Deadline for Plaintiff to file his Response to March 24, 2023. The extension is being requested in good faith and not for the purpose of delay. The extension is being requested as the issues to be briefed are extensive and complicated. In addition to Plaintiff's counsel, Marjorie Hauf, Esq. being in a 3-day binding arbitration earlier this month, Matthew G. Pfau, Esq. has been unavailable the last two weeks. These circumstances unfortunately delayed Plaintiff's efforts to respond to Defendant's Motion.

### Stipulation

It is hereby STIPULATED between James Herndon, through his counsel of record, Marjorie L. Hauf, Esq. and Matthew G. Pfau, Esq.. of H & P LAW, and Defendants, City of Henderson, Sgt. M. Gillis, Officer L. Good, Officer A. Nelson, Officer D. Nerbonne, Officer D. Russo, and Officer E. Vega through their counsel of record, Craig R. Anderson, Esq. and Reagan A. Weber, Esq. of MARQUIS AURBACH, to extend the due date of Plaintiff's Response to Defendants, City of Henderson and Sgt. M. Gillis's Motion for Summary Judgment [ECF No. 119].

IT IS FURTHER STIPULATED that Plaintiff's Response to Defendants, City of Henderson and Sgt. M. Gillis's Motion for Summary Judgment must be filed by March 24, 2023.

WHEREFORE, the parties respecfully request that the Court enter its order extending the deadline as described in the stipulation above.

DATED this 16th day of March 2023.

| Respectfully submitted by: | Approved as to form and content: |
|---|---|
| H & P LAW | MARQUIS AURBACH |
| /s/ Marjorie Hauf | /s/ Craig Anderson |
| Marjorie L. Hauf, Esq.<br>Nevada Bar No.: 8111<br>Matthew G. Pfau, Esq.<br>Nevada Bar No.: 11439 | Craig R. Anderson, Esq.<br>Nevada Bar No.: 6882<br>Reagan A. Weber, Esq.<br>Nevada Bar No.: 16151 |
| Attorneys for Plaintiff,<br>*James M. Herndon* | Attorneys for Defendants,<br>*City of Henderson and Sgt. S. Gillis* |

**Order**

IT IS SO ORDERED.

Dated this __17__ day of March 2023.

_____
UNITED STATES DISTRICT JUDGE