Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
H&P LAW
710 S 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com

Micah S. Echols, Esq.
Nevada Bar No.: 8437
CLAGGETT & SYKES
4101 Meadows Lane, # 100
Las Vegas, NV 89107
702 655 2346 TEL
702 655 3763 FAX
micah@claggettlaw.com

Attorneys for Plaintiff,
*James M. Herndon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **James M. Herndon**, <br><br>     Plaintiff, <br><br>vs. <br><br>**City of Henderson**, a political subdivision of The State of Nevada; **Sgt. M. Gillis**, individually and in his official capacity as a police officer; **Officer L. Good,** individually and in his official capacity as a police officer; **Officer A. Nelson,** individually and in his official capacity as a police officer; **Officer D. Nerbonne**, individually and in his official capacity as a police officer; **Officer D. Russo**, individually and in his official capacity as a police officer; **Officer E. Vega**, individually and in his official capacity as a police officer; Doe Officers I through X, inclusive and Roe Entities I through X, inclusive | CASE NO.: 2:19-cv-00018-GMN-VCF <br><br> **Stipulation and Order to Extend Plaintiff's Deadline to Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment [ECF No. 123]** |

Defendants.

Plaintiff, James Herndon, through his counsel of record, Marjorie L. Hauf, Esq. and Matthew G. Pfau, Esq.. of H & P LAW, and Defendants, City of Henderson, Sgt. M. Gillis, Officer L. Good, Officer A. Nelson, Officer D. Nerbonne, Officer D. Russo, and Officer E. Vega through their counsel of record, Craig R. Anderson, Esq. and Reagan A. Weber, Esq. of MARQUIS AURBACH, do hereby stipulate and agree to extend Plaintiff's deadline to reply to Defendants' response to Plaintiff's Motion for Summary Judgment [ECF No. 123].

Currently, Plaintiff's Reply is due March 30, 2023. Plaintiff and Defendant agree to extend the Deadline for Plaintiff to file his Reply to April 4, 2023. The extension is being requested in good faith and not for the purpose of delay. Plaintiff requires additional time to thoroughly reply to the twenty-three page response filed by Defendants.

**Stipulation**

It is hereby STIPULATED between James Herndon, through his counsel of record, Marjorie L. Hauf, Esq. and Matthew G. Pfau, Esq.. of H & P LAW, and Defendants, City of Henderson, Sgt. M. Gillis, Officer L. Good, Officer A. Nelson, Officer D. Nerbonne, Officer D. Russo, and Officer E. Vega through their counsel of record, Craig R. Anderson, Esq. and Reagan A. Weber, Esq. of MARQUIS AURBACH, to extend Plaintiff's deadline to reply to Defendants' response to Plaintiff's Motion for Summary Judgment [ECF No. 123].

1. IT IS FURTHER STIPULATED that Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment must be filed by April 4, 2023.

WHEREFORE, the parties respecfully request that the Court enter its order extending the deadline as described in the stipulation above.

DATED this 29th day of March 2023.

| Respectfully submitted by: | Approved as to form and content: |
|---|---|
| H & P LAW | MARQUIS AURBACH |
| | /s/ Craig Anderson |
| Marjorie L. Hauf, Esq. | Craig R. Anderson, Esq. |
| Nevada Bar No.: 8111 | Nevada Bar No.: 6882 |
| Matthew G. Pfau, Esq. | Reagan A. Weber, Esq. |
| Nevada Bar No.: 11439 | Nevada Bar No.: 16151 |
| Attorneys for Plaintiff, *James M. Herndon* | Attorneys for Defendants, *City of Henderson and Sgt. S. Gillis* |

**Order**

IT IS SO ORDERED.

Dated this  30  day of March 2023.

_____
UNITED STATES DISTRICT JUDGE