AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

James M. Herndon

     Plaintiff,

v.

City of Henderson et al

     Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00018-GMN-VCF

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Defendants' Sergeant M. Gillis, Officer L. Good, Officer A. Nelson, Officer D. Nerbonne, Officer D. Russo, Officer E. Vega, and City of Henderson, and against Plaintiff.

09/23/2023
Date

DEBRA K. KEMPI
Clerk

/s/ A. Miller
Deputy Clerk